**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 732 |
| | : | |
| APPOINTMENTS TO THE CIVIL | : | CIVIL PROCEDURAL RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of May, 2022, Dino Privitera, Esquire, Philadelphia, and R. Todd Eagen, Esquire, Lackawanna County, are hereby appointed as members of the Civil Procedural Rules Committee for a term of six years, commencing July 1, 2022.